**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RALPH C. MICHAEL,** | : | |
|    **Plaintiff** | : | **No. 1:15-cv-02230** |
| | : | |
|    v. | : | **(Judge Kane)** |
| | : | |
| **GLD FOREMOST HOLDINGS,** | : | |
| **LLC et al.,** | : | |
|    **Defendants** | : | |

## ORDER

**AND NOW**, on this 9th day of March 2017, **IT IS HEREBY ORDERED THAT** Defendants' motion to dismiss Counts II and III of Plaintiff's complaint (Doc. No. 8), is **GRANTED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
